# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an [Application for Admission](#) before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at [Register for eFiling](#).

---

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 16-1047 as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

**COUNSEL FOR:** Donna Bond
_____ as the
(party name)

[✓] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)  [ ] movant(s)

_____
(signature)

| | |
|---|---|
| Elizabeth Denise Mackay | 2403346168 |
| Name (printed or typed) | Voice Phone |
| Mackay Law Firm, LLC | 8668294536 |
| Firm Name (if applicable) | Fax Number |
| 9701 Apollo Dr., Ste. 330 | |
| Upper Marlboro, MD 20774 | emackay@emackaylaw.com |
| Address | E-mail address (print or type) |

---

## CERTIFICATE OF SERVICE

I certify that on 01/27/2016 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

```
Amy Owen  aowen@brigliahundley.com
Nicholas Cumings  ncumings@brigliahundley.com
Briglia Hundley P.C.
1921 Gallows Rd., Ste. 750
Tysons Corner, VA  22182
```

/s/ Elizabeth D. Mackay                                     January 27, 2016
Signature                                                              Date

01/19/2016 SCC